IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:11-cv-00125

STEPHANIE PARSONS,

    Plaintiff,

v.

SHAPIRO and PRICE CORP.

    Defendant.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of Court of the Middle District Florida Plaintiff's Notice of Dismissal of Case Without Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 28th day of June, 2011.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

## CERTIFICATE OF FILING

I certify that on June 28, 2011, I electronically filed the foregoing Motion with the clerk of the U.S. District Court using the electronic case filing system of the court.

## CERTIFICATE OF SERVICE VIA REGULAR MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Shapiro and Price Corp., Attn: Legal Department, 4901 Harlem Road, Amherst, NY 14226, by depositing the same on July 28, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com