UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHANIE PARSONS,

    Plaintiff,

vs.                                                    Case No. 3:11-cv-125-J-37JBT

SHAPIRO AND PRICE CORP.,

    Defendant.
_____

### ORDER

Upon review of Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. No. 6), filed June 28, 2011, this case is dismissed without prejudice. The Clerk shall close the file.

**DONE AND ORDERED** in Chambers, at Jacksonville, Florida, on June 29, 2011.

_____
ROY B. DALTON, JR.
United States District Judge

Copies to:
Counsel of Record